USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10-15-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDY E. SWINSON,

        Plaintiff,

v.

CITY OF NEW YORK et al.,

        Defendants.

No. 20-CV-994 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of the attached letter from Plaintiff Randy Swinson, dated September 10, 2020. It appears that Plaintiff's letter was filed in response to the Court's July 15, 2020 and/or September 8, 2020 orders, which directed him to submit a letter clarifying the specific date(s) on which the individual defendants, i.e., Secretary Deputy Warden and Supervisor of Social Services, engaged in the alleged misconduct. *See* Dkts. 15, 20. No later than October 29, 2020, the City shall provide the Court with an update as to its attempts to identify these individuals.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    October 15, 2020
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge

*Please* ~~*to*~~ *Defendants Counsel*

To:
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
40 FOLEY SQUARE
NEW YORK, NEW YORK  10007

SEPTEMBER 10, 2020

Re: RANDY SWINSON v. CITY OF NEW YORK, et al.
     20-CV-994 (RA)

STATE OF NY ss.:
COUNTY OF NY

Your Honor:

I AM THE PLAINTIFF, RANDY SWINSON, PLEASE FORGIVE MY TARDINESS, IT IS A CHALLENGE, EVERYDAY AT M.D.C, TO DRAFT A LETTER, TYPE OR SEND MAIL OUT. SO RESPECTFULLY, I HOPE THIS CORRESPONDENCE REACHES YOUR CHAMBERS IN TIME.

FROM JAN. 2020 TO FEB. 2020, I HAD DOCUMENTED, THAT I, AND OTHERS WERE BEING DENIED " SOCIAL SERVICES ", " COMPLETELY ", NO ONE AFFORDED US THE CONSTITUTIONAL RIGHT OR THE MINIMUM STANDARD OF " SOCIAL SERVICES " (WHICH CAUSED DEFAULTS IN CERTAIN JUDGEMENTS) (CHECK EXHIBIT A) LEVY & AND FINES.

THE SOCIAL SERVICE SUPERVISORS NAME WAS ( MS. EADY ), PLUS, THERE WAS " NO " JANE DOE DEPUTY WARDEN OF SECURITY. THE SECURITY SUPERVISOR IN COMMAND DURING THI SITUATION ( JOHN HERNANDEZ ) ~~SOLE~~ SOLELY.

SOCIAL SERVICE UNIT - IS TO AID AND ACCESS FOR US, TO CONNECT WITHH " THE COURTS ".

THANK YOU FOR YOUR PATIENCE, AND KINDNESS, IN READING MY HUMBLE REQUEST.

SWORN TO BEFORE ME THIS
10th DAY OF SEPTEMBER 2020
/s/ Randy Swinson

RESPECTFULLY SUBMITTED
/s/ Randy Swinson

DANIELLE STRINGER
Notary Public State of New York
No. 01ST6131234
Qualified in Queens County
Commission Expires August 1, 2021

**EXHIBIT   A**

**EXHIBIT   A**

**EXHIBIT   A**

NEW YORK STATE Department of Taxation and Finance
CED - Child Support Enforcement
W A Harriman Campus, Albany NY 12227-5350

**Warrant**



Commissioner of Taxation and Finance — **Judgment Creditor**
against

RANDY E SWINSON
125 WHITE ST # 34919034
NEW YORK NY 10013-4497

**Judgment Debtor**

**Warrant ID:** C970118808W010

**Last known address**

**County of Judgment:** New York

**Section of Tax Law:** 171-i

2008437492520-A100

The people of the State of New York by: A OLEARY an officer or employee of the Department of Taxation and Finance (DTF), have been notified that the above debtor has a support arrears obligation. **Whereas,** a support arrears obligation shall be deemed a judgment in favor of the Commissioner of Taxation and Finance of the **State of New York** pursuant to Tax Law Section 171-i from the debtor named, the nature and amount of which are as follows:

**CSMS ID** NF54836X1 in the amount of $ 40,369.67 as of **August 5, 2020**

By statute, subsequent support arrears due on the above referenced obligation are deemed part of this judgment. New York State Office of Temporary and Disability Assistance (OTDA) shall advise DTF of the updated support arrears obligation. By statute, monies collected by DTF on this judgment are paid over to OTDA and shall be applied pursuant to Federal and State law and guidelines. If there is no longer a support arrears obligation owed by the above debtor, this judgment will be satisfied.

And whereas, said obligation remains unpaid;

Now therefore, we **command you** to file a copy of this warrant, within five days after its receipt by you, with the office of the clerk of the county named above, for entry by him/her in the judgment docket, pursuant to the provisions of the Tax Law.

And we further **command you,** to satisfy said claim of said Commissioner of Taxation and Finance for said obligation out of the real and personal property in said county belonging to said debtor and the debts due to him/her at the time when said copy of this warrant is so docketed with the office of the clerk of such county or at any time thereafter, and that only the property in which said debtor who is not deceased has an interest or the debts owed to him/her shall be levied upon or sold hereunder; and return this warrant and pay the money collected to the Commissioner of Taxation and Finance of the State of New York.

Levy and collect total amount due shown above, plus accrued arrears and interest provided by law.

Warrant received at 9 o'clock a.m. on **8/5/2020**

TC-140.1 (10/18)

1DB0 - 2250635    P0000014 - 03

DOCKET DATE 8/11/2020

TO:
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
40 FOLEY SQUARE
NEW YORK, NEW YORK  10007

SEPTEMBER 10, 2020

Re: RANDY SWINSON v. CITY OF NEW YORK, et al.
    20-CV-994 (RA)

STATE OF NY }
COUNTY OF NY } ss.:

Your Honor:

I AM THE PLAINTIFF, RANDY SWINSON, PLEASE FORGIVE MY TARDINESS, IT IS A CHALLENGE, EVERYDAY AT M.D.C, TO DRAFT A LETTER, TYPE OR SEND MAIL OUT.  SO RESPECTFULLY, I HOPE THIS CORRESPONDENCE REACHES YOUR CHAMBERS IN TIME.

FROM JAN. 2020 TO FEB. 2020, I HAD DOCUMENTED, THAT I, AND OTHERS WERE BEING DENIED " SOCIAL SERVICES ", " COMPLETELY ", NO ONE AFFORDED US THE CONSTITUTIONAL RIGHT OR THE MINIMUM STANDARD OF " SOCIAL SERVICES " (WHICH CAUSED DEFAULTS IN CERTAIN JUDGEMENTS) (CHECK EXHIBIT A) LEVY & AND FINES.

THE SOCIAL SERVICE SUPERVISORS NAME WAS ( MS. EADY ), PLUS, THERE WAS " NO " JANE DOE DEPUTY WARDEN OF SECURITY. THE SECURITY SUPERVISOR IN COMMAND DURING THI SITUATION ( JOHN HERNANDEZ ) SOLE SOLELY.

SOCIAL SERVICE UNIT - IS TO AID AND ACCESS FOR US, TO CONNECT WITHH " THE COURTS ".

THANK YOU FOR YOUR PATIENCE, AND KINDNESS, IN READING MY HUMBLE REQUEST.

SWORN TO BEFORE ME THIS
10th DAY OF SEPTEMBER 2020
Randy Swinson

DANIELLE STRINGER
Notary Public State of New York
No. 01ST6131234
Qualified in Queens County
Commission Expires August 1, 2021

RESPECTFULLY SUBMITTED
Randy Swinson

**EXHIBIT A**

**EXHIBIT A**

**EXHIBIT A**

**NEW YORK STATE | Department of Taxation and Finance**

CED - Child Support Enforcement
W A Harriman Campus, Albany NY 12227-5350

**Commissioner of Taxation and Finance**
against

RANDY E SWINSON
125 WHITE ST # 34919034
NEW YORK NY  10013-4497

# Warrant



**Judgment Creditor**

**Judgment Debtor**

Warrant ID: C970118808W010

Last known address

County of Judgment: New York

Section of Tax Law: 171-i

The people of the State of New York by: **A OLEARY** an officer or employee of the Department of Taxation and Finance (DTF), have been notified that the above debtor has a support arrears obligation. **Whereas,** a support arrears obligation shall be deemed a judgment in favor of the Commissioner of Taxation and Finance of the **State of New York** pursuant to Tax Law Section 171-i from the debtor named, the nature and amount of which are as follows:

CSMS ID NF54836X1 in the amount of $ 40,369.67 as of **August 5, 2020**

By statute, subsequent support arrears due on the above referenced obligation are deemed part of this judgment. New York State Office of Temporary and Disability Assistance (OTDA) shall advise DTF of the updated support arrears obligation. By statute, monies collected by DTF on this judgment are paid over to OTDA and shall be applied pursuant to Federal and State law and guidelines. If there is no longer a support arrears obligation owed by the above debtor, this judgment will be satisfied.

And whereas, said obligation remains unpaid;

Now therefore, we **command you** to file a copy of this warrant, within five days after its receipt by you, with the office of the clerk of the county named above, for entry by him/her in the judgment docket, pursuant to the provisions of the Tax Law.

And we further **command you,** to satisfy said claim of said Commissioner of Taxation and Finance for said obligation out of the real and personal property in said county belonging to said debtor and the debts due to him/her at the time when said copy of this warrant is so docketed with the office of the clerk of such county or at any time thereafter, and that only the property in which said debtor who is not deceased has an interest or the debts owed to him/her shall be levied upon or sold hereunder; and return this warrant and pay the money collected to the Commissioner of Taxation and Finance of the State of New York.

Levy and collect total amount due shown above, plus accrued arrears and interest provided by law.

Warrant received at 9 o'clock a.m. on **8/5/2020**

TC-140.1 (10/18)

1DB0 - 2250635   P0000014 - 03

DOCKET DATE 8/11/2020

